1

2

3

**Entered on Docket**
**April 06, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

4

5

6

7

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

8

9

10

11

12

and

13

14

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

15

16

17

America's Servicing Company
09-71545 / 1256032378

18

19

**UNITED STATES BANKRUPTCY COURT**

20

**DISTRICT OF NEVADA**

21

22

In Re:

BK-S-07-11730-lbr

23

Irene Michelle Schwartz-Tallard

Date:    03/25/2009
Time:    10:30 am

24

25

Debtor(s).

Chapter 13

26

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor America's Servicing Company, its assignees and/or successors in interest, of the subject property, generally described as 17 Caprington Rd., Henderson, NV 89052, and legally described as follows:

PARCEL I:

LOT THIRTY (30) IN BLOCK FOUR(4) OF FINAL. MAP OF ANTHEM COUNTRY PARCEL 38 AS SHOWNBYMAP THEREOF ON FILE IN BOOK 109 OF PLATS, PAGE 53, IN THE OFFICE OF THE COUNTY RECORDER Of CLARK COUNTY, NEVADA.

PARCEL II:
AN EASEMENT FOR INGRESS AND EGRESS OVER THOSE PRIVATE STREETS AND COMMON ELEMENTS AS SHOWN ON THE MAP REFERRED TO ABOVE AND AS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS FOR ANTHEM COUNTY CLUB RECORDED IN THE OFFICE OF THE CLARK COUNTY, NEVADA RECORDER ON JUNE 29, 1998 IN BOOK 980629 AS INSTRUMENT NO. 00720, AS NOW OR HEREAFTER AMENDED.

///

///

///

///

///

///

///

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By_____
        **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
        208 South Jones Boulevard
        Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Frank J. Sorrentino
1118 E. Carson Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or    __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or    __X__ failed to respond to the document

Other Party:_____

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor