# Bank of America

Online Banking

---

**MyAccess Checking - 1938 : Check Image**

| Check Image: |
|---|





# Bank of America

Online Banking

**MyAccess Checking - 1938 : Check Image**

Check Image:

Irene M. Schwartz-Tallard
17 Covington Rd
Henderson, NV 89052-6716

1536
Nov 15 08
Pay to the Order of: ASC
$ 3589.00
Three thousand five hundred Eighty Nine Dollars

Bank of America
ACH R/T 122400724

For 1256032378
Irene Schwartz

⑆122400724⑆ 5010004519388ⷌ1536

# Bank of America

Online Banking

**MyAccess Checking - 1938 : Check Image**

**Check Image:**

Jene M. Schwartz-Fallard
17 Covington Rd.
Henderson, NV 89052-8716

1546

LB  Dec 11, 08   Date

Pay to the Order of: ASC

$3560.00

Three Thousand Five Hundred Sixty  Dollars

Bank of America
ACH R/T 122400724

For 1256032378

Signature: Jene Schwartz

⑈122400724⑈ 501000451938⑈1546

12/14/08  435837 186 ASC   0479 8539

**Bank of America**  Online Banking

---

**MyAccess Checking - 1938 : Check Image**

| Check Image: |
|---|

```
IRENE M. SCHWARTZ-TALLARD        12-06                              1576
17 CAPRINGTON RD.
HENDERSON, NV 89052-8716                    Jan 20, 09
                                                       Date
Pay to the
Order of    ASC                                        $ 3560.00

    Three thousand five hundred sifty                  Dollars

Bank of America
ACH R/T 123400724
For 1256032378                          Irene Schwartz

⑆122400724⑆ 5010004519380⑈1576
```

| | | | |
|---|---|---|---|
| Amount: | $3,560.00 | Sequence Number: | 8392723016 |
| Account: | 501000451938 | Capture Date: | 03/04/2009 |
| Bank Number: | 12240072 | Check Number: | 1594 |



Electronic Endorsements
```
Date        Sequence          Bank #      BOFD   Bank Name
03/04/2009  008392723016      121103886   N      BANK OF AMERICA, NA
03/04/2009  000005350170557   091000019   N      WELLS FARGO BANK, NA
03/04/2009  000005350170557   091000019   Y      WELLS FARGO BANK, NA
```

| | | | |
|---|---|---|---|
| Amount: | $3,560.00 | Sequence Number: | 8292486860 |
| Account: | 501000451938 | Capture Date: | 04/01/2009 |
| Bank Number: | 12240072 | Check Number: | 1611 |



Electronic Endorsements
```
Date        Sequence         Bank #       BOFD   Bank Name
04/01/2009  000005350186980  122105278    N      WELLS FARGO BANK, NA
04/01/2009  008292486860     121103886    N      BANK OF AMERICA, NA
04/01/2009  000005350186980  091000019    Y      WELLS FARGO BANK, NA
```