

**ASC**
AMERICA'S SERVICING COMPANY
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

April 23, 2009

Irene M Tallard
17 Caprington Rd
Henderson NV 89052

Dear Irene M Tallard :

E: Loan Number 1256032378, Client 106

We are returning check 1633 in the amount of $3560.00 because the funds are not certified. Unfortunately, we can only accept certified funds representing the total amount due on you loan.

Please be advised the terms of your Mortgage or Deed of Trust have not changed. You are responsible for the repayment of your debt.

Your loan is in a Foreclosure status at this time. If you have questions or would like to discuss the present condition of your loan, please contact our attorney's office NATIONAL DEFAULT, at (602)264-6101.

Sincerely,


Mortgage Services

FC003/XKI