LAW OFFICES OF BARRY LEVINSON
BARRY LEVINSON, ESQ.
Nevada Bar No.: 006721
2810 S. Rainbow Blvd.
Las Vegas, Nevada 89146
(702) 836-9696
Attorney for Debtor

E-FILED: <u>05/06/09</u>

UNITED STATES BANKRUPTCY COURT

<u>FOR THE DISTRICT OF NEVADA</u>

In re:

IRENE MICHELLE SHWARTZ-
TALLARD,

Debtor(s).

In Bankruptcy
BKS-07-11730-LBR
Chapter 13

**AFFIDAVIT OF ATTORNEY BARRY LEVINSON IN SUPPORT OF ORDER SHORTENING TIME RE: MOTION TO REINSTATE AUTOMATIC STAY**

Date:       TBD
Time:       TBD
Courtroom:  1

STATE OF NEVADA )

                ) SS

COUNTY OF CLARK )

BARRY LEVINSON, being first duly sworn on oath, deposes and states that:

1.       I am an attorney at law duly licensed to practice before this Court and make this Affidavit of facts from personal knowledge which are known to me except for those matters stated upon information and belief, and as to those matters I believe same to be true.

2.       I am counsel for the above-captioned Debtor(s).  I make this Affidavit in support of the Application for Order Shortening Time in connection with the pending Motion to Reinstate Automatic Stay be heard prior to the pending foreclosure sale date of Wednesday, May 20, 2009 at 10:00 a.m.

3.       The current hearing date for the Motion to Reinstate Automatic Stay is TBD.  The debtor is prepared to continue making timely mortgage payments upon reinstatement of automatic stay.

DATED this 6th day of May 2009.

_____
BARRY LEVINSON

SUBSCRIBED AND SWORN to before me

this 6th day of May 2009.

_____
NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
No: 01-66432-1      BETH MALONE
My Appointment Expires Dec. 20, 2012