LAW OFFICES OF BARRY LEVINSON  
BARRY LEVINSON, ESQ.  
Nevada Bar No.: 006721  
2810 S. Rainbow Blvd.  
Las Vegas, Nevada 89146  
(702) 836-9696  
Attorney for Debtor(s)

E-FILED: <u>05/06/09</u>

UNITED STATES BANKRUPTCY COURT

<u>FOR THE DISTRICT OF NEVADA</u>

| In re: | In Bankruptcy<br>BKS-07-11730-LBR<br>Chapter 13 |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD,<br><br>Debtor(s). | **CERTIFICATE OF SERVICE OF NOTICE OF EX PARTE APPLICATION OF ORDER SHORTENING TIME ON MOTION TO REINSTATE AUTOMATIC STAY** |

1. I hereby certify that on the 6th day of May 2009, I served the following documents:

   1. Ex Parte Application Of Order Shortening Time
   2. Affidavit of Attorney Barry Levinson In Support of OST; and
   3. Motion To Reinstate Automatic Stay

2. I served the above-named document(s) by the following means to the persons as listed below:

   <u>x</u>  ECF System

           Gregory L. Wilde, Attorney for Secured Creditor  
           bk@wildelaw.com

           Rick A. Yarnall, Chapter 13 Trustee  
           ecfmail@lasvegas13.com

   <u>x</u>  United States mail, postage fully prepaid:

           Gregory L. Wilde  
           Attorney for Secured Creditor  
           208 S. Jones Blvd.  
           Las Vegas, NV 89107

Irene Michelle Schwartz-Tallard
Debtor
17 Caprington Rd.
Henderson, NV 89052

America's Servicing Company
Brice, Vander Linden & Wernick, P.C.
Attn: Managing Agent
PO Box 829009
Dallas, TX 75382-9009

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
Attn: Managing Agent
12650 Ingenuity Drive
Orlando, FL 32826

America's Servicing Co.
Attn.: Managing Agent
PO Box 60768
Los Angeles, CA 90060

Ocwen
Attn.: Managing Agent
PO Box 6440
Carol Stream, IL 60197-6440

IRS
Attention: Managing Agent
110 City Parkway, MS 5028
Las Vegas, NV 89106

<u>Cizon Sauceda</u>
Cizon Sauceda
an employee of Law Offices of Barry Levinson