1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF BARRY LEVINSON
BARRY LEVINSON, ESQ.
Nevada Bar No.: 006721
2810 S. Rainbow Blvd.
Las Vegas, Nevada 89146
(702) 836-9696
Attorney for Debtor(s)

E-FILED: 05/06/09

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br><br>IRENE MICHELLE SHWARTZ-<br>TALLARD,<br><br><br>              Debtor(s). | In Bankruptcy<br>BKS-07-11730-LBR<br>Chapter 13<br><br>**ATTORNEY INFORMATION SHEET FOR**<br>**PROPOSED ORDER SHORTENING TIME**<br><br>Date:         TBD<br>Time:         TBD<br>Courtroom:  1 |

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Gregory Wilde, Esq. | 5/6/2009 | X | |

COMMENTS:  none

Respectfully Submitted By:

THE LAW OFFICES OF BARRY LEVINSON

/S/ Barry Levinson, Esq.
BARRY LEVISON, ESQ.
ATTORNEY FOR DEBTOR(S)