**Entered on Docket
June 03, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

LAW OFFICES OF BARRY LEVINSON
BARRY LEVINSON, ESQ.
Nevada Bar No.: 006721
2810 S. Rainbow Blvd.
Las Vegas, Nevada 89146
(702) 836-9696
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | In Bankruptcy |
|---|---|
| | BKS-07-11730-LBR |
| | Chapter 13 |
| IRENE MICHELLE SCHWARTZ-TALLARD, | **ORDER ON MOTION TO REINSTATE AUTOMATIC STAY** |
| | Date: 5/13/09 |
| | Time: 9:30 AM |
| Debtor(s). | Courtroom: 1 |

    Debtor's Motion to Reinstate Automatic Stay came on for hearing on May 13, 2009 at 9:30 AM before the Honorable Judge Riegle.   Debtor's Motion was unopposed.

    For good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

…

…

that the automatic stay is reinstated as of the date of the hearing as to the property located at 17 Caprington Rd., Henderson, NV 89052, and that any foreclosure actions that are pending against the property are stayed.

Respectfully submitted by:

THE LAW OFFICES OF BARRY LEVINSON

/s/ Barry Levinson, Esq.
BARRY LEVINSON
Attorney for Debtor(s)

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____    The Court has waived the requirement of approval under LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

  **X**      I have delivered a copy of this proposed order to all counsel who appeared a the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | |
|---|---|
| **APPROVED:** | **BONNIE BOYCE, ESQ.** |
| | **LAW OFFICES OF FRANK SORRENTINO** |
| **DISAPPROVED:** | **NONE** |
| **FAILED TO RESPOND:** | **RICK A. YARNALL** |
| | **CHAPTER 13 TRUSTEE** |
| | **GREGORY L. WILDE, ESQ.** |
| | **WILDE & ASSOCIATES** |
| | **MARK S. BOSCO, ESQ.** |
| | **TIFFANY & BOSCO, P.A.** |

###