The Court further clarifies it's oral findings and conclusions to find that the attorney's fees were incurred in stoping the violation of the stay, i.e. putting title back in the debtor's name.

Entered on Docket
February 17, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor(s)
for this hearing only

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | BK-S-07-11730-LBR |
| | ) | Chapter 13 |
| **IRENE MICHELLE SCHWARTZ-TALLARD,** | ) | |
| | ) | |
| | ) | DATE: 01-07-10 |
| Debtors, | ) | TIME: 1:30 P.M. |

**ORDER REGARDING DEBTORS MOTION FOR CONTEMPT FOR VIOLATION
OF THE AUTOMATIC STAY AND VIOLATION OF F.R.B.P. 9011**

The above entitled matter came on for hearing the above date and time on Debtor, IRENE MICHELLE SCHWARTZ-TALLARD, (hereinafter "Debtor" or "Schwartz-Tallard") Motion for Contempt for Violation of the Automatic Stay and Violation of F.R.B.P. 9011 by and through her attorney, CHRISTOPHER P. BURKE, ESQ. for this hearing only and AMERICA'S SERVICING COMPANY (hereinafter "A.S.C.") a

1  subsidiary of Wells Fargo appearing by and through GREG L. WILDE,
2  ESQ.,
3      The Bankruptcy Courts oral finding of facts and conclusions
4  of law were put on the record.
5      IT IS HEREBY ORDERED that Schwartz-Tallard is awarded
6  emotional distress and economic damages of $40,000.00 from
7  A.S.C.;
8      IT IS HEREBY FURTHER ORDERED Schwartz-Tallard is awarded
9  $20,000.00 in punitive damages from A.S.C.;
10     IT IS HEREBY FURTHER ORDERED that attorney fees of
11 $20,000.00 are awarded to Christopher P. Burke, Esq. from A.S.C.;
12     IT IS HEREBY FURTHER ORDERED that within two (2) days of the
13 entry of this order the property located at 17 Caprington Rd.,
14 Henderson, Nevada 89052 is to be put back in Schwartz-Tallards
15 name.
16     IT IS SO ORDERED.

    DATED this 19 day of February, 2010.

Submitted By:                          Approved/Disapproved:

_____            _____
CHRISTOPHER P. BURKE, ESQ.             GREGORY L. WILDE, ESQ.
Nevada Bar No.: 004093                 WILDE HANSEN, LLP.
218 S. Maryland Pkwy.                  208 S. Jones Blvd.
Las Vegas, NV 89101                    Las Vegas, NV 89107
(702) 385-7987                         (702) 258-8200
Attorney for Debtor                    Attorney for Creditor

                            ###

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

___ The court waived the requirements of LR 9021.

**X** This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

GREGORY L. WILDE, ESQ.
WILDE HANSEN, LLP.
208 S. Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
Attorney for Creditor
FAILED TO RESPOND

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Submitted by:

/S/CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor(s)