**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

America's Servicing Company
09-71545 / 1256032378

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | BK-S-07-11730-lbr |
|---|---|
| Irene Michelle Schwartz-Tallard | Date: _____<br>Time: _____ |
|  | Chapter 13 |
| Debtor(s). |  |

### NOTICE OF APPEAL

America's Servicing Company, a subsidiary of Wells Fargo, the creditor hereby appeals under 28 U.S.C. § 158(a) or (b) from the Order Regarding Debtors Motion for Contempt for Violation of the Automatic Stay and violation of F.R.B.P. 9011 entered in this bankruptcy proceeding on the 17th day of February, 2010.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Irene Michelle Schwartz-Tallard
c/o Christopher P. Burke, Esq.
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
atty@cburke/lvcoxmail.com
Attorney for Debtor(s) for this hearing only

DATED this ____ day of March 2010.

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158©, to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*



The Court further clarifies it's oral findings and conclusions to find that the attorney's fees were incurred in stoping the violation of the stay, i.e. putting title back in the debtor's name.

Entered on Docket
February 17, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor(s)
for this hearing only

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | ) | BK-S-07-11730-LBR |
| --- | --- | --- |
|  | ) | Chapter 13 |
| IRENE MICHELLE SCHWARTZ-TALLARD, | ) |  |
|  | ) |  |
|  | ) | DATE: 01-07-10 |
| Debtors, | ) | TIME: 1:30 P.M. |

ORDER REGARDING DEBTORS MOTION FOR CONTEMPT FOR VIOLATION
OF THE AUTOMATIC STAY AND VIOLATION OF F.R.B.P. 9011

The above entitled matter came on for hearing the above date and time on Debtor, IRENE MICHELLE SCHWARTZ-TALLARD, (hereinafter "Debtor" or "Schwartz-Tallard") Motion for Contempt for Violation of the Automatic Stay and Violation of F.R.B.P. 9011 by and through her attorney, CHRISTOPHER P. BURKE, ESQ. for this hearing only and AMERICA'S SERVICING COMPANY (hereinafter "A.S.C.") a

1  subsidiary of Wells Fargo appearing by and through GREG L. WILDE,
2  ESQ.,
3      The Bankruptcy Courts oral finding of facts and conclusions
4  of law were put on the record.
5      IT IS HEREBY ORDERED that Schwartz-Tallard is awarded
6  emotional distress and economic damages of $40,000.00 from
7  A.S.C.;
8      IT IS HEREBY FURTHER ORDERED Schwartz-Tallard is awarded
9  $20,000.00 in punitive damages from A.S.C.;
10     IT IS HEREBY FURTHER ORDERED that attorney fees of
11 $20,000.00 are awarded to Christopher P. Burke, Esq. from A.S.C.;
12     IT IS HEREBY FURTHER ORDERED that within two (2) days of the
13 entry of this order the property located at 17 Caprington Rd.,
14 Henderson, Nevada 89052 is to be put back in Schwartz-Tallards
15 name.
16     IT IS SO ORDERED.
17
       DATED this |9 day of February, 2010.
18

Submitted By:                          Approved/Disapproved:

_____               _____
CHRISTOPHER P. BURKE, ESQ.             GREGORY L. WILDE, ESQ.
Nevada Bar No.: 004093                 WILDE HANSEN, LLP.
218 S. Maryland Pkwy.                  208 S. Jones Blvd.
Las Vegas, NV 89101                    Las Vegas, NV  89107
(702) 385-7987                         (702) 258-8200
Attorney for Debtor                    Attorney for Creditor

###

2

```
 1  ALTERNATIVE METHOD re:  RULE 9021:
 2
    In accordance with Local Rule 9021, counsel submitting this document
 3  certifies as follows (check one):
 4  ___   The court waived the requirements of LR 9021.
 5
 6  _X_   This is a chapter 7 or 13 case, and either with the motion, or at
          the hearing, I have delivered a copy of this proposed order to all
 7        counsel who appeared at the hearing, any unrepresented parties who
          appeared at the hearing, and each has approved or disapproved the
 8        order, or failed to respond, as indicated below [list each party
          and whether the party has approved, disapproved, or failed to
 9        respond to the document]:

    GREGORY L. WILDE, ESQ.
10  WILDE HANSEN, LLP.
    208 S. Jones Blvd.
11  Las Vegas, NV  89107
    (702) 258-8200
12  Attorney for Creditor
    FAILED TO RESPOND
13
14  ___   This is a chapter 9, 11, or 15 case, and I have delivered a copy
          of this proposed order to all counsel who appeared at the hearing,
15        any unrepresented parties who appeared at the hearing, and each
          has approved or disapproved the order, or failed to respond, as
16        indicated below [list each party and whether the party has
          approved, disapproved, or failed to respond to the document]:
17
    ___   I certify that I have served a copy of this order with the motion,
18        and no parties appeared or filed written objections.
19
20  Submitted by:
21
22  /S/CHRISTOPHER P. BURKE, ESQ.
    CHRISTOPHER P. BURKE, ESQ.
23  Attorney for Debtor(s)
```

Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

America's Servicing Company
09-71545 / 1256032378

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | BK-S-07-11730-lbr |
|---|---|
| Irene Michelle Schwartz-Tallard | Date: _____<br>Time: _____ |
| | Chapter 13 |
| Debtors. | |

**CERTIFICATE OF SERVICE**

1. On __3/2/2010__ I served the following documents(s):

   NOTICE OF APPEAL

2. I served the above-named document(s) by the following means to the persons as listed below:

X   a. ECF System

    Christopher P. Burke, Esq.
    atty@cburke.lvcoxmail.com
    Attorney for Debtor for this hearing only

    Rick A. Yarnall
    ecfmail@lasvegas13.com
    Trustee

X   b. United States mail, postage fully prepaid:

    Frank J. Sorrentino
    1118 E. Carson Ave.
    Las Vegas, NV 89101
    Attorney for Debtor

    Irene Michelle Schwartz-Tallard
    17 Caprington Road
    Henderson, NV 89052
    Debtors

    America's Servicing Company
    Brice, Vander Linden & Wernick. P.C.
    Attn: Managing Agent
    P. O. Box 829009
    Dallas, Texas 75382-9009

    Ocwen Loan Servicing, LLC
    Attn: Bankruptcy Department
    Attn: Managing Agent
    12650 Ingenuity Drive
    Orlando, FL 32826

    America's Servicing Co.
    Attn: Managing Agent
    P.O. Box 60768
    Los Angeles, CA 90060

    Ocwen
    Attn: Managing Agent
    P.O. Box 6440
    Carol Stream, IL 601976440

IRS
Attention: Managing Agent
110 City Parkway, MS 5028
Las Vegas, NV  89106

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge. or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 3/2/2010     Declarant: *[signature]*