**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

America's Servicing Company
09-71545 / 1256032378

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-07-11730-lbr |
| Irene Michelle Schwartz-Tallard | Date: _____ <br> Time: _____ |
| Debtor(s). | Chapter 13 |

## STATEMENT OF ELECTION TO HAVE APPEAL
## HEARD BY THE DISTRICT COURT

America's Servicing Company, a subsidiary of Wells Fargo, the creditor, under U.S.C. §158©(1) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, hereby elects to have its appeal from the order of the bankruptcy judge, the Honorable Linda B. Riegle, granting Motion for Contempt for Violation of the Automatic Stay and violation of F.R.B.P. 9011, entered in this bankruptcy proceeding on the 17th day of February, 2010, heard by the District Court.

DATED this __1__ day of March, 2010.

Signed: _____
Attorney for Appellant, America's Servicing Company
Attorney Name: Gregory Wilde, Esq.
Address: 212 South Jones Blvd.
              Las Vegas, Nevada 89107
Telephone: (702) 258-8200

Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

America's Servicing Company
09-71545 / 1256032378

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Irene Michelle Schwartz-Tallard

Debtors.

BK-S-07-11730-lbr

Date: _____
Time: _____

Chapter 13

## CERTIFICATE OF SERVICE

1. On __3/2/2010__ I served the following documents(s):

STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT

2. I served the above-named document(s) by the following means to the persons as listed below:

X  a. ECF System

    Christopher P. Burke, Esq.
    atty@cburke.lvcoxmail.com
    Attorney for Debtor for this hearing only

    Rick A. Yarnall
    ecfmail@lasvegas13.com
    Trustee

X  b. United States mail, postage fully prepaid:

    Frank J. Sorrentino
    1118 E. Carson Ave.
    Las Vegas, NV 89101
    Attorney for Debtor

    Irene Michelle Schwartz-Tallard
    17 Caprington Road
    Henderson, NV  89052
    Debtors

    America's Servicing Company
    Brice, Vander Linden & Wernick, P.C.
    Attn: Managing Agent
    P. O. Box 829009
    Dallas, Texas 75382-9009

    Ocwen Loan Servicing, LLC
    Attn: Bankruptcy Department
    Attn: Managing Agent
    12650 Ingenuity Drive
    Orlando, FL 32826

    America's Servicing Co.
    Attn: Managing Agent
    P.O. Box 60768
    Los Angeles, CA 90060

    Ocwen
    Attn: Managing Agent
    P.O. Box 6440
    Carol Stream, IL 601976440

IRS
Attention: Managing Agent
110 City Parkway, MS 5028
Las Vegas, NV 89106

☐ c. **Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐  1.  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐  2.  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ d. **By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _____3/2/2010_____    Declarant: _____[signature]_____