RECEIVED
AND FILED

MAR 17  8 52 AM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br>IRENE MICHELLE SCHWARTZ-TALLARD<br><br>_____ Debtor(s) _____<br><br>AMERICA'S SERVICING COMPANY<br><br>_____ Appellant(s)<br><br>vs<br><br>_____ Appellee(s) _____ | Bankruptcy No.: 07-11730-LBR<br><br>Appeal Ref: 10-7<br><br>Civil No.: 10-CV-00292-RCJ-RJJ<br><br>STATUS REPORT REGARDING RECORD ON APPEAL |

TO: CLERK OF THE UNITED STATES DISTRICT COURT:

The record on the above-entitled appeal has not been forwarded for the following reason(s):

_____  No Designation of Record Filed

_____  No Statement of Issues Filed

__X__  No Notice Regarding Transcripts Filed

__X__  No Reporter's Transcript Filed;
Hearing Dates: **March 25, 2009, May 13, 2009, June 17, 2009 and January 7, 2010**

OR

Please inform the U.S. Bankruptcy Court of the status of this appeal.

DATE:  3/17/2010

Mary A. Schott, CLERK

By: _M. Lyons_
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

3/08